**EXHIBIT A**


